IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| SHARON COUCH *and* DICKEY COUCH, <br><br> *Plaintiffs*, <br><br> v. <br><br> THE BANK OF NEW YORK MELLON, *f/k/a* THE BANK OF NEW YORK, *as Successor Trustee for* JPMORGAN CHASE BANK, N.A., *as Trustee for* NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-4 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-4, <br><br> *Defendant*. | Civil Action No. 4:24-cv-00085-O |

# FINAL JUDGMENT

Having determined that dismissal is appropriate in this case, the Court now enters this Final Judgment pursuant to Federal Rule of Civil Procedure 58(a). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. All claims asserted by Plaintiffs against Defendant in this matter are **DISMISSED with prejudice** to the refiling of the same.

2. The fees and costs incurred in this matter shall be borne by the party incurring the same.

3. Any other relief not expressly provided for herein is hereby **DENIED**.

**SO ORDERED** on this **15th day** of **May, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE